[No. 1097-3.    Division Three.    January 27, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL H. STALEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 21731, Willard J. Roe, J., entered February 22, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 1203-3.    Division Three.    January 31, 1975.]

THE STATE OF WASHINGTON, *Appellant*, v. GARY ULLERY, *Respondent*.

Appeal from a judgment of the Superior Court for Ferry County, No. 5007, B. E. Kohls, J., entered May 27, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 1862-1.    Division One.    February 10, 1975.]

LOIS McINTYRE, *Respondent*, v. DAVID J. McINTYRE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. D-38887, Story Birdseye, J., entered July 28, 1972. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams, C.J., and Farris, J.

[No. 2503-1.    Division One.    February 10, 1975.]

WILLIAM C. JENKINS, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES *et al., Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 760125, Erle W. Horswill, J., entered August 16, 1973. *Affirmed* by unpublished opinion per James, J., concurred in by Williams, C.J., and Callow, J.